# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNETTE PHILLIPS, As Parent and Natural guardian of Taylor Phillips, A Minor | : : : : | CIVIL ACTION |
| v. | : : | |
| STARBUCKS CORPORATION, d/b/a Starbucks Coffee Company | : : | NO. 23-2040 |

## ORDER

**NOW**, this 11th day of August, 2023, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

_____
TIMOTHY J. SAVAGE, J.